IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CALVIN J. GRISSETTE, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 3:11-00245 |
| | ) | JUDGE HAYNES |
| WARDEN JIM MORROW, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Upon review of the file, Petitioner has stated a potential claim for relief under 28 U.S.C. § 2254 and colorable bases for the tolling of the statue of limitations. The Federal Public Defender is appointed to represent Petitioner and is given sixty (60) days to file an amended petition, if necessary. The Clerk shall issue process to the Tennessee Attorney General's office.

It is so **ORDERED**.

ENTERED this the ____ day of May, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge