UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CALVIN J. GRISSETTE,<br>    Petitioner | )<br>)<br>) |
| v. | )   No. 3:11-0245<br>)   Chief Judge Haynes |
| WARDEN JIM MORROW,<br>    Respondent | )<br>) |

## ORDER

Pursuant to Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts, 28 U.S.C. § 2241 *et seq.*, and the Sixth and Fourteenth Amendments to the United States Constitution, the Court hereby orders the Tennessee Department of Children's Services to release Calvin Grissette's complete educational file to the Federal Public Defender's Office, 810 Broadway, Suite 200, Nashville, Tennessee, 37203.

It is so ORDERED, this the ___ day of November 2012.

WILLIAM J. HAYNES, JR.
United States District Chief Judge